IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ARLEEN M. HARDIN-SPARKS,

    Plaintiff,

vs.

Case No. 06-1037-JTM

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

MEMORANDUM AND ORDER

The present matter for consideration is plaintiff's application for attorney fees under the Equal Access to Justice Act ("EAJA") (Dkt. No. 30). For the following reasons, the court grants plaintiff's application.

Section 2412(d)(1)(A) of the EAJA provides that a court shall award fees and other expenses incurred by a "prevailing party" in a suit against the United States unless the "position of the Untied States was substantially justified" or "special circumstances make an award unjust." *Sullivan v. Hudson*, 490 U.S. 877, 883 (1989); *Goatcher v. Chater*, 57 F.3d 980, 981 (10th Cir. 1995). In order to be a "prevailing party" under the Act, a plaintiff must receive some, but not necessarily all, of the relief sought in his action. *Goatcher*, 57 F.3d at 981. A plaintiff who obtains a sentence for remand under 42 U.S.C. § 405(g) is a prevailing party for EAJA purposes. *Shalala v. Schaefer*, 509 U.S. 292, 301-02 (1993).

In the present case, plaintiff is a prevailing party under the EAJA, pursuant to this court's order of May 9, 2007. For this reason, the court grants plaintiff's request for attorney fees in the total amount of $8,637.88, payable to the plaintiff's attorney, Mike Morgan.

IT IS ACCORDINGLY ORDERED this 25th day of July, 2007, that plaintiff's application (Dkt. No. 30) is granted in the amount of $8,637.88 payable to plaintiff's attorney, Mike Morgan.

                                                 s/ J. Thomas Marten
                                                 J. THOMAS MARTEN, JUDGE